# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 2:09-cr-0207-RLH-PAL |
| vs. | ) | **O R D E R** |
| MICHAEL PAUL PALUMBO, | ) | |
| Defendant. | ) | |

Before this Court is the Report of Findings and Recommendation of United States Magistrate Judge (#42, filed November 23, 2009), entered by the Honorable Peggy A. Leen, regarding Defendant's Motion to Suppress (#20, filed August 18, 2009). An Objection (#43) was filed to Magistrate Judge Leen's Report of Findings and Recommendation of United States Magistrate Judge in accordance with Local Rule IB 3-2 of the Rules of Practice of the United States District Court for the District of Nevada. The United States has filed a Response (#44) thereto, and the matter was submitted for consideration.

The court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. §636(b)(1)(B) and (C) and Local Rule IB 3-2 and determines that the Report of Findings and Recommendation of Magistrate Judge Leen should be accepted and adopted.

IT IS THEREFORE ORDERED that Magistrate Judge's Report of Findings and Recommendation (#42, entered November 23, 2009) is ACCEPTED and ADOPTED, and Defendant's Motion to Suppress is denied.

Dated:   December 17, 2009.

_____
**ROGER L. HUNT**
**Chief U.S. District Judge**