___ FILED          ___ RECEIVED
___ ENTERED        ___ SERVED ON
                   COUNSEL/PARTIES OF RECORD

JUL 12 2010

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL PAUL PALUMBO, ) <br> ) <br> Defendant. ) | 2:09-CR-207-RLH (PAL) |

### FINAL ORDER OF FORFEITURE AS TO DEFENDANT MICHAEL PAUL PALUMBO

On May 10, 2010, this Court entered an Amended Preliminary Order of Forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c); Title 21, United States Code, Section 853(a)(1) and (a)(2); and Title 21, United States Code, Section 881(a)(11) and Title 28, United States Code, Section 2461(c), forfeiting property of defendant MICHAEL PAUL PALUMBO to the United States of America;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED pursuant to Fed. R. Crim. P 32.2(b)(4)(A) and (B) that the forfeiture of the property named in the Amended Preliminary Order of Forfeiture is final as to defendant MICHAEL PAUL PALUMBO.

DATED this _12_ day of _July_, 2010.

_____
UNITED STATES DISTRICT JUDGE