1
2
3
4
5
6                    **UNITED STATES DISTRICT COURT**

7                        **DISTRICT OF NEVADA**

8   UNITED STATES OF AMERICA,                )
                                              )
9                   Plaintiff,                )
                                              )
10          v.                                )          2:09-CR-207-RLH (PAL)
                                              )
11   MICHAEL PAUL PALUMBO,                    )
                                              )
12  _____Defendant._____)

13                      **FINAL ORDER OF FORFEITURE**

14          On May 10, 2010, the United States District Court for the District of Nevada entered an

15   Amended Preliminary Order of Forfeiture pursuant to  Fed. R. Crim. P. 32.2(b)(1) and (2), Title 18,

16   United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c); Title 21,

17   United States Code, Section 853(a)(1) and (2); and Title 21, United States Code, Section 881(a)(11)

18   and Title 28, United States Code, Section 2461(c), based upon the jury verdict finding defendant

19   MICHAEL PAUL PALUMBO guilty to criminal offenses, forfeiting specific property alleged in the

20   Superceding Criminal Indictment and shown by the United States to have a requisite nexus to the

21   offense to which defendant MICHAEL PAUL PALUMBO was found guilty.

22          This Court finds the United States of America published the notice of the forfeiture in

23   accordance with the law on June 14, 2010, June 21, 2010, and June 28, 2010 in the Las Vegas

24   Review-Journal/Sun, and via the official government internet forfeiture site, www.forfeiture.gov,

25   consecutively from May 20, 2010 through June 18, 2010, notifying all known third parties of their

26   right to petition the Court.

1    This Court finds no petition was filed herein by or on behalf of any person or entity and the
2    time for filing such petitions and claims has expired.

3    This Court finds no petitions are pending with regard to the assets named herein and the time
4    for presenting such petitions has expired.

5    THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right,
6    title, and interest in the property hereinafter described is condemned, forfeited, and vested in the
7    United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P.
8    32.2(c)(2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section
9    2461(c); Title 21, United States Code, Section 853(a)(1) and (2); and Title 21, United States Code,
10   Section 881(a)(11) and Title 28, United States Code, Section 2461(c); and Title 21, United States
11   Code, Section 853(n)(7) and shall be disposed of according to law:

12         a)    a Smith and Wesson Model 59 9mm pistol, serial # A395258 and any and all
13               ammunition; and

14         b)    $5,689.00 in United States Currency.

15   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited
16   funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well
17   as any income derived as a result of the United States of America's management of any property
18   forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of
19   according to law.

20   The Clerk is hereby directed to send copies of this Order to all counsel of record and three
21   certified copies to the United States Attorney's Office.

22   DATED this __5th__ day of ____August____, 2010.

23

24   _____
     CHIEF UNITED STATES DISTRICT JUDGE

25

26