**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 2:09-cr-207-RLH-PAL |
| vs ) | |
| ) | **PRO HAC VICE ADMITTANCE** |
| MICHAEL PAUL PALUMBO, ) | **ORDER APPOINTING COUNSEL** |
| ) | |
| Defendant, ) | |
| _____ ) | |

On May 10, 2012, Lawrence Jay Litman, Esq. filed an "Ex Parte Application for Appointment of CJA Counsel" (#136) requesting an order from the court appointing Lawrence Jay Litman, Esq. as court appointed CJA counsel for the defendant in order to file a 2255 Motion for Reconsideration to this court. Therefore, with good cause appearing;

THE COURT FINDS that the *pro hac vice* appointment of Lawrence Jay Littman, Esq. to the CJA panel for the purposes of appointment to this case is in the interest of justice and judicial economy. The court further finds that Lawrence Jay Litman, Esq. possess such qualities as would qualify him for admission to the district's CJA panel in the ordinary course of panel selection, therefore;

IT IS HEREBY ORDERED that Lawrence Jay Litman, Esq. is admitted *pro hac vice* to the

1

1  CJA panel and is appointed to represent Defendant Michael Paul Palumbo for the purpose of filing
2  a 2255 Motion for Reconsideration to this court.

4       DATED this __14th__ day of May, 2012.

                                          _____
                                          ROGER L. HUNT
                                          United States District Judge