UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 2:09-CR-00207-RLH-PAL |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | (Writ of Habeas Corpus and Motion for |
| MICHAEL PAUL PALUMBO, | ) | Relief Under 28 U.S.C. § 2255–#140) |
| | ) | |
| Defendant. | ) | |

Before the Court is Defendant's **Writ of Habeas Corpus and Motion for Relief Under 28 U.S.C. §2255** (#140, filed August 19, 2012) and the Court will exercise its authority under that section to refer this matter to the United States Attorney for a response to the Motion.

IT IS THEREFORE ORDERED that Defendant's **Writ of Habeas Corpus and Motion for Relief Under 28 U.S.C. § 2255** (#140) is hereby REFERRED to the UNITED STATES ATTORNEY for a response <u>within forty-five (45) days of the entry</u> this Order. Defendant <u>will then have fifteen (15) days thereafter</u> to file a reply to the response of the United States Attorney, and the matter will be referred for decision.

DATED: August 20, 2012.

_____
Roger L. Hunt
**United States District Judge**